**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE:  Thomas Aquinas Koen, Jr.                              BK No. 17-11851
        Claire Polimeni Koen                                  Chapter 13

**DEBTOR'S MOTION FOR EXTENSION OF TIME**

Now comes the Debtors, through their counsel, with this Motion for an Extension of Time to File the documents listed in the Order to Update on May 18, 2017 for a period of two (2) weeks for a new deadline of June 14, 2017. As grounds therefore, debtors' Counsel states that he needs the additional time to review, update and complete the documents with the Debtor. The Debtors further need additional time to order an appraisal on their residential property. Counsel avers that this information is necessary to complete accurate schedules and Chapter 13 plan. The 341 meeting will be fifteen days after the proposed new deadline and the extension of time will not interfere with any other deadlines nor will it prejudice any creditors.

Therefore, the Debtor respectfully requests this honorable court grant his request for the two week extension of time to file the documents in the May 18, 2017 order to update for a deadline of June 14, 2017.

Respectfully submitted

/s/ Todd S. Dion_____
Todd S. Dion, Esq. (659109)
15 Cottage Avenue, Suite 202
Quincy, MA 02169
401-965-4131 Phone
401-353-1231 Fax
toddsdion@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017 a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving notice as follows.

/s/ Todd S. Dion_____